## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| ORA PRATER, | |
|                Plaintiff, | |
|    – against– | Civil Action No. |
| STENGER & STENGER, P.C. and | |
| DEPARTMENT STORES NATIONAL | **COMPLAINT** |
| BANK, | **JURY TRIAL DEMANDED** |
|                Defendants. | |

Plaintiff, Ora Prater (hereinafter "Prater"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants Stenger & Stenger, P.C. ("Stenger") and Department Stores National Bank ("DSNB"), (together, "Defendants"), alleges as follows:

1. This is an action for damages brought by an individual consumer for Defendants' violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereafter "FDCPA"), and breach of contract. The FDCPA prohibits debt collectors and debt buyers from engaging in abusive, deceptive, and unfair collection practices.

### PARTIES

2. Plaintiff, Ora Prater ("Prater"), is an adult citizen of Plymouth, Marshall County, Indiana.

3. Prater is a "consumer" as defined by 15 U.S.C. § 1692a(3) of the FDCPA.

4. Defendant Stenger is a professional corporation doing business in Indiana, formed under the laws of the State of Michigan, with its principal place of business located at 2618 East Parise Avenue SE, Grand Rapids, MI 49546.

5. Defendant DSNB is a subsidiary of Citibank, N.A., doing business in Indiana, whose principal place of business is located at 5800 South Corporate Place, Sioux Falls, SD 57104.

6. Defendants Stenger and DSNB are "debt collector[s]" as defined by 15 U.S.C. § 1692a(6).

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1331. The Court has supplemental jurisdiction for any state claims contained within under 28 U.S.C. § 1367.

8. The Court's exercise of personal jurisdiction over Defendants is valid because a substantial part of the events and omissions giving rise to Plaintiff's claim occurred within the Court's jurisdiction.

9. Venue in this District is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in Plymouth, Marshall County, Indiana.

## FACTUAL ALLEGATIONS

10. On or about December 30, 2020, Prater entered into a settlement agreement, via Consent Judgment, with Stenger, to settle and close her DSNB account ending in 8425. A copy of the Consent Judgment, memorializing the terms of the settlement agreement, is attached hereto as **Exhibit A**.

11. Pursuant to the terms of the Consent Judgment, Prater was required to make eighteen (18) monthly payments, totaling $2,225.00, with the first payment due by January 31, 2021.

12. Pursuant to the Consent Judgment, Prater made five (5) payments totaling $624.00, between January 31, 2021, through May 28, 2021 via an online portal on Stenger's website.  Proof of these payments is attached hereto as **Exhibit B**.

13. On or about June 22, 2021, Prater made a sixth payment via the online portal.

14. On or about July 15, 2021, a seventh payment was made by Prater and collected by Stenger.

15. After realizing the June 22, 2021, payment had not been collected by Stenger, Prater attempted to contact Stenger on July 16, 2021, but was unable to speak with a representative after being transferred to the proper department.

16. On or about August 2, 2021, Prater spoke with Stenger and advised that the online payment made on June 22, 2021, was uncollected. Stenger stated that the settlement was broken because the June 22, 2021, payment came back as "reversed", and that the account required renegotiation.

17. On or about August 26, 2021, Prater advised Stenger that the payment dated June 22, 2021, was available at the time due, however Stenger failed to collect it. Prater provided the confirmation number for the payment. Stenger again advised that the payment had been "reversed" but refused to provide any letter, copy, or other evidence of the reversed payment.

18. On or about September 20, 2021, Prater spoke with Stenger to discuss the June 22, 2021, payment. Stenger confirmed the routing number and last four digits of the account

number submitted for the online payment was correct. Stenger stated that the payment was returned as "no account found." The routing and account number provided was the same provided for the first five payments. The confirmation pages for these payments are attached hereto as **Exhibit C**.

19. On or about December 27, 2021, Prater, via her counsel, sent a letter to Stenger outlining the facts and circumstances of this account and requesting discussion. A copy of this letter is attached hereto as **Exhibit D.**

20. Since January 26, 2022, Prater, via her counsel, has engaged in negotiation with Stenger concerning the account. To this date, the parties have been unable to come to a resolution.

21. At all times pertinent hereto, Defendants acted by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

22. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent, and in wanton disregard for federal law and Prater's rights.

## **COUNT 1**
### (Violation of the FDCPA)

23. Prater reasserts and incorporates herein by reference all facts and allegations set forth above.

24. The above contacts between Defendant Stenger and Prater constitute "communications" relating to a "debt" as defined by 15 U.S.C. §§ 1692a(2) and  1692a(5) of the FDCPA.

25. FDCPA 15 U.S.C. § 1692(f) prohibits the use of unfair or unconscionable practices to collect a debt, including collection of any amount not authorized by the contract or law.

FDCPA 15 U.S.C. § 1692e(2)(a) prohibits the false representation of the character, amount or legal status of any debt. FDCPA 15 U.S.C. § 1692e(10) prohibits any false, misleading, or deceptive representation or means in connection with the collection of a debt.

26. Defendant Stenger engaged in abusive, deceptive, and unfair collection practices where Stenger failed to honor the valid settlement agreement made between Prater and Stenger on Defendant DSNB's behalf.

27. Defendant Stenger violated the above provisions where Stenger unfairly failed to accept the June 22, 2021, payment as per the terms of the Consent Judgment.

28. Defendant Stenger violated the above provisions where Stenger misrepresented the account balance by claiming the settlement was void and required renegotiation.

29. Defendant Stenger knew or should have known that its actions violated the FDCPA. Additionally, Defendant Stenger could have taken the steps necessary to bring its actions within compliance of the FDCPA but neglected to do so and failed to adequately review its actions to ensure compliance with said laws.

30. As a result of the above violations of the FDCPA, Defendant Stenger is liable to Prater for actual damages, statutory damages, attorney's fees, and costs.

### **COUNT 2**
(Breach of Contract)

31. Prater reasserts and incorporates herein by reference all facts and allegations set forth above.

32. On or about December 30, 2020, Defendant DSNB entered into a settlement agreement with Plaintiff, via their agent Stenger, to settle and close Plaintiff's DSNB account ending in 8425.

33. Pursuant to the terms of the settlement agreement, as set forth in the Consent Judgment, Prater was required to make eighteen (18) payments for a total of $2,225.00

34. Pursuant to the settlement agreement, as set forth in the Consent Judgment, Prater made six (6) payments totaling $624.00, between January 31, 2021, and July 15, 2021.

35. Defendant DSNB's actions constitute breach of contract when Stenger failed to accept the June 22, 2021, payment and demanded renegotiation.

36. Defendant DSNB's actions constitute breach of contract where DSNB failed to honor the valid settlement agreement.

37. Defendant DSNB's actions constitute breach of contract where DSNB's agent, Stenger, attempted to renegotiate on Prater's settled DSNB account ending in 8425.

38. As a result of Defendant DSNB's breach of contract, Prater has suffered actual and monetary damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Ora Prater, demands that judgment be entered against the Defendants as follows:

1) That judgment be entered against Defendants Stenger and DSNB for actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2) That judgment be entered against Defendants Stenger and DSNB for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3) That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1962k(a)(3);

4) That judgment be entered against Defendant DSNB for actual and monetary damages accrued by Plaintiff, Ora Prater, as a result of Defendant DSNB's breach of contract;

5) That the Court grant such other and further relief as may be just and proper.

Dated: June 13, 2022

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, Ora Prater, demands a trial by jury in this action of all issues so triable.

Respectfully Submitted,

**LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

/s/ Diana Bauer

Diana Bauer, Esq.  #11906-64

429 E. Dupont Road #175

Fort Wayne, IN 46825

Phone: (260) 414-5582

Email: diana.b@gitmeidlaw.com
*Attorney for Plaintiff*

# EXHIBIT A

STATE OF INDIANA ) IN THE MARSHALL COUNTY SUPERIOR COURT 2
                         )ss:

COUNTY OF MARSHALL ) CAUSE NO. 50D02-2009-CC-000375

DEPARTMENT STORES NATIONAL BANK, )
         Plaintiff )
    vs. )
ORA PRATER, )
       Defendant. )

## CONSENT JUDGMENT

The undersigned parties having agreed to settle this cause of action hereby stipulate and agree that the JUDGMENT Docket against Defendant

| | |
|---|---|
| Complaint Amount | $2,963.82 |
| Less Prejudgment Payment(s) | -$.00 |
| *Judgment Damages Total* | *$2,963.82* |
| Prejudgment Interest | $0.00 |
| Attorney Fees | $0.00 |
| Costs to date | $185.00 |
| Total Due | $3,148.82 |

**Plus post judgment costs of collection. This judgment shall accrue no (0%) post judgment interest.**

    Defendant hereby agrees to make payments on this Judgment to Department Stores National Bank c/o Stenger & Stenger, PC, 2618 East Paris Avenue SE, Grand Rapids, MI 49546. This judgment may be satisfied by Defendant making total payments in the amount of $2,225.00 if payments are made as follows: the sum of $75.00 per month, for 3 months, commencing on January 31, 2021, followed by payments of $133.00 or more per month to be made by the 31st of each month thereafter until said amount is paid in full.

    It is further agreed that all other means of collection are stayed conditioned on said payments being timely made and that if **Defendant fall behind 1 or more such payments and does not cure the default within five days, the full balance of the judgment shall be due and Plaintiff may file Proceedings Supplemental at Court against Defendant without further notice.**

    It is further agreed that all future mail from the Court relating to this case will be sent to Defendant at the address of 10801 Nutmeg Meadows Dr, Plymouth IN 46563-3057. Written notice of change of address sent to the Court will be effective as of the date of receipt.

    It is still further agreed that Defendant will notify the Court and Plaintiff immediately in writing upon any change in employment status.

    Defendant further agrees to fully and forever release, acquit and discharge Plaintiff, it's heirs, agents, representatives, attorneys, employees, directors, officers, partners, subsidiaries, affiliates, successors and assigns from any and all liability or cause of action that the Defendant may have now or in the future, for alleged violations of any federal or state statutes or common law, arising out of or in connection with the facts and circumstances surrounding this action.

Dated: 2-25-2021        _____
                               Ora Prater, Defendant

Dated: _____      _____
                                Keith A. Sparks #32766-71
                                Attorney for Plaintiff

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. CT011107, P 14

Page 9 of 27

STATE OF INDIANA ) IN THE MARSHALL COUNTY SUPERIOR COURT 2
)ss:
COUNTY OF MARSHALL ) CAUSE NO. 50D02-2009-CC-000375

DEPARTMENT STORES NATIONAL BANK, )
        Plaintiff )
   vs. )
ORA PRATER, )
        Defendant. )

## ORDER ON CONSENT JUDGMENT

Judgment is hereby ordered for Plaintiff, Department Stores National Bank, and against Defendant(s), Ora Prater, jointly and severally, for the following: $2,963.82, minus $.00 in payment(s) for total judgment damages of $2,963.82, with post judgment costs of collection, plus costs of $185.00 for a total due of $3,148.82, for all of which execution may issue forthwith. Plaintiff requests that no (0%) post judgment interest accrue on any judgment entered.

Dated _____

              _____
              Judge/Magistrate, Marshall County Superior Court 2

Distribution:
Denise M. Hallett #8406-45
Keith A. Sparks #32766-71
Phillip A. LaMere #9852-45
Robert L. Hengge #33677-15
Thomas B. Barbour #30515-64
Amy K. Lenceski #31395-29
Stenger & Stenger P.C.
2618 East Paris Avenue SE
Grand Rapids MI 49546

Ora Prater
10801 Nutmeg Meadows Dr
Plymouth IN 46563-3057

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. CT011107, P 14

# EXHIBIT B

**ACH Confirmation**

## Item Information

Originator ABA: ████7318
Receiver ABA: ████2288
Individual Name: Prater, Ora
Individual ID No: ████1107
Trace Number: ████████2480

Account Number: ████████7337
Transaction Code: 27
Amount: $75.00
Description: S

## Batch Information

Company Name: Stenger MI DSNB
Service Class: 200
SEC Code: WEB
Company Entry Description: PAYMENT

Batch Number: 769
Company ID: 283209735Z
Effective Entry Date: 02/01/2021
Settlement Date: 02/01/2021

**ACH Confirmation**

## Item Information

Originator ABA: ▮7318
Receiver ABA: ▮2288
Individual Name: Prater, Ora
Individual ID No: ▮1107
Trace Number: ▮9649

Account Number: ▮7337
Transaction Code: 27
Amount: $75.00
Description: S

## Batch Information

Company Name: Stenger MI DSNB
Service Class: 200
SEC Code: WEB
Company Entry Description: PAYMENT

Batch Number: 161
Company ID: 283209735Z
Effective Entry Date: 02/17/2021
Settlement Date: 02/17/2021

**ACH Confirmation**

## Item Information

Originator ABA: ▆7318
Receiver ABA: ▆2288
Individual Name: Prater, Ora
Individual ID No: ▆1107
Trace Number: ▆3075

Account Number: ▆7337
Transaction Code: 27
Amount: $75.00
Description: S

## Batch Information

Company Name: Stenger MI DSNB
Service Class: 200
SEC Code: WEB
Company Entry Description: PAYMENT

Batch Number: 312
Company ID: 283209735Z
Effective Entry Date: 03/31/2021
Settlement Date: 03/31/2021

**ACH Confirmation**

## Item Information

Originator ABA: ▇7318
Receiver ABA: ▇2288
Individual Name: Prater, Ora
Individual ID No: ▇1107
Trace Number: ▇1925

Account Number: ▇7337
Transaction Code: 27
Amount: $133.00
Description: S

## Batch Information

Company Name: Stenger MI DSNB
Service Class: 200
SEC Code: WEB
Company Entry Description: PAYMENT

Batch Number: 788
Company ID: 283209735Z
Effective Entry Date: 05/03/2021
Settlement Date: 05/03/2021



**ACH Confirmation**

## Item Information

Originator ABA: ███7318
Receiver ABA: ███2288
Individual Name: Prater, Ora
Individual ID No: ███1107
Trace Number: ████████6311

Account Number: ████████7337
Transaction Code: 27
Amount: $133.00
Description: S

## Batch Information

Company Name: Stenger MI DSNB
Service Class: 200
SEC Code: WEB
Company Entry Description: PAYMENT

Batch Number: 866
Company ID: 283209735Z
Effective Entry Date: 06/01/2021
Settlement Date: 06/01/2021

# EXHIBIT C

# STENGER & STENGER

**Thank you for your payment**

Please print this payment confirmation and retain a copy for your records.

[Print This Page]

## Confirmation Number: WEB202101290096796

**Email Confirmation**

| | |
|---|---|
| [                    ] | [Send] |

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $75.00 |
| Payment Date: | 1/29/2021 |

**Payment Schedule**

| Date | Payee | Amount |
|---|---|---|
| 1/29/2021 | Stenger & Stenger, P.C. | $75.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

**Signature**

Signature:



Printed Name:
Ora Prater

**STENGER & STENGER**

## Thank you for your payment

**Please print this payment confirmation and retain a copy for your records.**

Print This Page

## Confirmation Number: WEB202102120070982

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $75.00 |
| Payment Date: | 2/15/2021 |

**Payment Schedule**

| Date |
|---|
| 2/15/2021 |
| **Payee** |
| Stenger & Stenger, P.C. |
| **Amount** |
| $75.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

**Signature**
Signature:

*Ora L. Prater*

Printed Name:
Ora L. Prater

**STENGER & STENGER**

## Thank you for your payment

**Please print this payment confirmation and retain a copy for your records.**

Print This Page

## Confirmation Number: WEB202103300052193

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $75.00 |
| Payment Date: | 3/30/2021 |

**Payment Schedule**

| Date |
|---|
| 3/30/2021 |
| **Payee** |
| Stenger & Stenger, P.C. |
| **Amount** |
| $75.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

## Thank you for your payment

**Please print this payment confirmation and retain a copy for your records.**

Print This Page

## Confirmation Number: WEB202104270003638

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $133.00 |
| Payment Date: | 4/30/2021 |

**Payment Schedule**

| Date |
|---|
| 4/30/2021 |
| **Payee** |
| Stenger & Stenger, P.C. |
| **Amount** |
| $133.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

**Signature**
Signature:

*Ora Prater*

Printed Name:
Ora Prater

**STENGER & STENGER**

**Thank you for your payment**

**Please print this payment confirmation and retain a copy for your records.**

Print This Page

## Confirmation Number: WEB202105250006754

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $133.00 |
| Payment Date: | 5/28/2021 |

**Payment Schedule**

| Date |
|---|
| 5/28/2021 |
| **Payee** |
| Stenger & Stenger, P.C. |
| **Amount** |
| $133.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

**Signature**
Signature:

*Ora L Prater*

Printed Name:
Ora L Prater

**STENGER & STENGER**

## Thank you for your payment

**Please print this payment confirmation and retain a copy for your records.**

Print This Page

## Confirmation Number: WEB202106210055348

**One-Time Payment**

| One-Time Payment Description | |
|---|---|
| Pay To Account: | CT011107 |
| Payment Amount: | $133.00 |
| Payment Date: | 6/22/2021 |

**Payment Schedule**

| Date |
|---|
| 6/22/2021 |
| **Payee** |
| Stenger & Stenger, P.C. |
| **Amount** |
| $133.00 |

**Payment Method**

| Payment Method Description | |
|---|---|
| Bank Account Type: | Checking |
| Bank Account Number: | XXXXXXXXXXX7337 |
| Bank Routing Number: | 114912288 |

**Signature**
Signature:

*Ora L. Prater*

Printed Name:
Ora L. Prater

# EXHIBIT D

The Law Offices of
ROBERT S. GITMEID & ASSOC., PLLC

December 27, 2021

Stenger & Stenger, P.C.
2618 East Paris Avenue SE
Grand Rapids, MI 49546

Department Stores National Bank
C/O Stenger & Stenger, P.C.
2618 East Paris Avenue SE
Grand Rapids, MI 49546

CERTIFIED MAIL:

|  |  |
|---|---|
| Re: | Ora Prater |
| Original Creditor: | Department Stores National Bank |
| Account No.: | Ending in 8425 |
| Address: | 10801 Nutmeg Meadows Dr Plymouth, IN 46563 |

Dear Sir and/or Madam:

Please be advised that this office was retained to represent Ms. Ora Prater ("Ms. Prater") with respect to her claim of breach of contract and Fair Debt Collection Practices Act ("FDCPA") violations regarding the above-referenced Department Stores National Bank ("DSNB") account.   Suit was filed against Ms. Prater in the Marshall Superior Court under Cause No. 50D02-2009-CC-000375.

After being served with the Summons and Complaint, on December 30, 2020 Ms. Prater entered into a verbal agreement with Stenger & Stenger, P.C. ("Stenger") to settle and close her DSNB account ending in 8425. Pursuant to the terms of the settlement, Ms. Prater was required to make eighteen (18) payments totaling $2,225.00 with the first pay due by January 31, 2021. The Consent Judgment signed by Ms. Prater was sent to your office in March 2021.  A copy of the signed Consent Judgment is attached to this letter as Exhibit A.

The first five payments cleared and posted pursuant to the Consent Judgment.  Attached to this letter as Exhibit B is proof of payments made via an online portal.

The Law Offices of
ROBERT S. GITMEID & ASSOC., PLLC

Stenger did not file the Consent Judgment. Despite payments being made to your office, a Motion for Default Judgement was filed and a default judgment was entered on June 23, 2021.

After noticing the June 2021 payment had not been collected, Ms. Prater's representatives attempted to contact Stenger on July 16, 2021. However, they were unable to speak with anyone after being transferred to the proper department.

On August 2, 2021, Ms. Prater's representatives spoke with Stenger and advised that an online payment was made on June 22, 2021, but it was uncollected. Although a later payment made on July 15, 2021 had been collected, Stenger advised that the settlement was broken because a June 2021 payment came back as "reversed." Stenger stated that the account would have to be renegotiated.

On August 26, 2021, Ms. Prater's representatives spoke with Stenger and advised that the online payment dated June 22, 2021 was available to be pulled and that the proper amount of funds were available, but it was not collected by Stenger. Stenger again stated the June 2021 payment had been "reversed." The confirmation number for the payment was provided to Stenger. When asked to provide proof of the "reversed" payment, Stenger said there was no way to provide a letter or copy of the reversed payment.

On September 20, 2021, Ms. Prater's representatives spoke with Stenger to review the June 22, 2021 payment issue. They confirmed that the routing number and last four digits of the account number submitted for the online payment was correct. Stenger stated that the payment was returned as "no account found." Please see screenshots of the June 22, 2021 payment process confirmation attached to this letter as Exhibit C. As displayed, the full and correct bank account and routing number was provided. This is the exact same information provided for the first five payments. Any subsequent processing error could only be committed under the control of Stenger.

DSNB's actions constitute a breach of contract by failing to accept the remaining payments per the terms of the settlement. Stenger's actions constitute an FDCPA violation where they unfairly failed to process the June 2021 payment when all of the correct information was provided to do so properly. Stenger's actions constitute an FDCPA violation where they misrepresented the account balance by claiming the settlement was void and requiring the account be renegotiated.

As a result of the above violations, Ms. Prater has suffered considerable damages, including actual damages, statutory damages, and attorney's fees and costs that are recoverable under the applicable laws. I am sure all parties involved can appreciate the need to urgently address this issue and the need to avoid unnecessary litigation. Under the circumstances, we are willing to resolve this matter as quickly as possible. Please respond to this

The Law Offices of
ROBERT S. GITMEID & ASSOC., PLLC

letter within ten (10) business days. Please be advised that if we do not hear from you in that time frame, this demand shall be deemed withdrawn and we will proceed with further legal process.

Thank you for your prompt attention to this matter.

Respectfully Yours,

*Diana Bauer*    11906-64
Diana Bauer, Esq.
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
180 Maiden Lane
27th Floor
New York, NY 10038
Tel: (212) 226-5081
Fax: (212) 412-9005
Diana.b@gitmeidlaw.com