**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

---

ORA PRATER,

        Plaintiff,

v.

STENGER & STENGER P.C. AND
DEPARTMENT STORES NATIONAL
BANK,

        Defendants.

Civil Action No.  3:22cv453

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiff, Ora Prater, by counsel, Law Offices of Robert S. Gitmeid & Assoc., PLLC, by attorney Diana C. Bauer, hereby gives notice of dismissal of her claims against the defendants, Stenger & Stenger P.C. and Department Stores National Bank, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  September 8, 2022

    Respectfully Yours,

*Diana C. Bauer*

Diana Bauer, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
429 E. Dupont Road #175
Fort Wayne, IN 46825
Tel: (260) 414-5582
Fax: (212) 412-9005
Diana.b@gitmeidlaw.com