UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ORA PRATER,

    Plaintiff,

    v.

STENGER & STENGER, P.C.,
DEPARTMENT STORES NATIONAL
BANK,

    Defendants.

Case No. 3:22-CV-453 JD

## ORDER

On September 8, 2022, the Plaintiff filed a Notice of Voluntary Dismissal (DE 3), indicating her intent to dismiss all claims in this action with prejudice. The Defendant has yet to file an answer or motion for summary judgment in this case. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

    SO ORDERED.

    ENTERED: September 9, 2022

    /s/ JON E. DEGUILIO
    Chief Judge
    United States District Court